

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-16-00663-CV

**THE UNIVERSITY OF TEXAS SYSTEM**,
Appellant

v.

Margot **MENJIVAR**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15666
Honorable Gloria Saldana, Judge Presiding

## O R D E R

We grant court reporter Judy Mata's request for 60 additional days to file the reporter's record. We order Judy Mata to file the reporter's record in this case by January 13, 2017. No further extensions of time will be granted absent a timely request that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts expended in preparing the reporter's record, and (3) provides the court reasonable assurance that the reporter's record will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

Keith E. Hottle
Clerk of Court